IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 26 2024
ARTHUR JOHNSTON
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

JOHN WINSTEAD

CRIMINAL NO. 3:24cr44-CWR-ASH

18 U.S.C. § 242

**The United States Attorney charges:**

On or about September 4, 2021, in Hinds County, in the Northern Division of the Southern District of Mississippi, Defendant **JOHN WINSTEAD**, while acting under color of law as a member of the United States Marshal's Gulf Coast Regional Fugitive Task Force, assaulted K.K.H. by striking him in the face while K.K.H. was handcuffed, being escorted by another Task Force member, and not resisting; thereby willfully depriving K.K.H. of the right, secured and protected by the Constitution and the laws of the United States, to be free from objectively unreasonable force. The offense resulted in bodily injury to K.K.H.

All in violation of Title 18, United States Code, Section 242.

UNITED STATES OF AMERICA, by

RONALD C. GATHE, JR.
UNITED STATES ATTORNEY

_____
ELLISON C. TRAVIS
Special Assistant United States Attorney
Acting Under Authority Conferred by 28 U.S.C. § 515

_____
ERIC PEFFLEY
Trial Attorney
Civil Rights Division, Criminal Section